UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:   Duane A. Ricard and Jennifer E. Ricard,　　　Case No. 25-10581-KB
　　　　　　　　　　　　　　　　　　Debtors.　　　　Chapter 13

**Trustee's Findings from First Meeting of Creditors**

On September 18, 2025, the debtors:
 X   appeared and were sworn
 __  did not appear at the first meeting of creditors

Counsel for the Debtors:
X   appeared
__  did not appear

The following parties in interest appeared:   None

The meeting was continued until N/A

The first plan payment was due on September 21, 2025 and has not been made.

　　The Confirmation hearing is scheduled
　　for October 24, 2025 at 9:00 a.m..

**Trustee's Report and Recommendations**

__  The Trustee believes that all requirements
    for relief under Chapter 13 have been met
    and the Trustee will recommend confirmation.

X   The Trustee does not recommend confirmation
    because:

The debtor's disposable income has not been established.

The debtors must amend their Plan to address the Proof of Claim filed by the Internal Revenue Service.

Awaiting claims review.

Awaiting action regarding proposed lien avoidances.

_____

_____

_____

_____

_____

Date:  September 22, 2025

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Trustee