# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

Duane A. Ricard and Jennifer E. Ricard,          Case No. 25-10581-KB
                                                  Chapter 13

        Debtors.

## **ORDER**

The hearing regarding the Chapter 13 Plan Filed by Debtor Duane A. Ricard, Joint Debtor Jennifer E. Ricard [ECF No. 11] is continued to December 19, 2025 at 9:00 a.m.

Date: 10/24/2025                              /s/ Kimberly Bacher
                                                Kimberly Bacher
                                                Chief Bankruptcy Judge