**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Case No. 25-10581-KB |
| | Chapter 13 |
| Duane A. Ricard and Jennifer E. Ricard, | |
| Debtors. | |

**ORDER TO SHOW CAUSE RE: DISMISSAL,**
**REDUCTION OF FEES UNDER 11 U.S.C. § 329(b),**
**AND SANCTIONS FOR FAILURE TO APPEAR**

The Court has before it Duane A. and Jennifer E. Ricard's (the "**Debtors**'") Chapter 13 Plan (ECF No. 11) (the "**Plan**"). The Court held a hearing on confirmation of the Plan on October 24, 2025 at 9:00 a.m. (the "**Hearing**"). The Debtors are represented by Attorney Gerald D. Neiman ("**Counsel**"). Counsel did not appear at the Hearing, or notify the Court or interested parties in advance that he would not be able to attend the Hearing. Accordingly, the Court orders:

1. Counsel shall appear on **December 19, 2025 at 9:00 a.m.** in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire (or via Zoom as permitted pursuant to the LBRs) and show cause why, given his failure to appear at the Hearing:

    A. This case should not be dismissed for lack of prosecution;

    B. Compensation of Counsel should not be disallowed or reduced under 11 U.S.C. § 329(b); and

    C. Counsel should not be found in contempt of court or sanctioned under the Court's inherent authority;

2. Counsel shall file a written response to this order by **December 12, 2025**. Such response must explain why Counsel failed to appear at the Hearing, and why he was unable to

2

inform the Court and interested parties before the Hearing that he could not appear.

Failure to timely respond to this order shall mean consent to the Court entering any of the relief described in §§ 1.A–C.

Date:   October 24, 2025             /s/ Kimberly Bacher  
                                                       Kimberly Bacher  
                                                       Chief Bankruptcy Judge