## Gerry Neiman

**From:** Gerry Neiman
**Sent:** Wednesday, October 22, 2025 12:18 PM
**To:** 'Andrew Dudley'; Jean Ann Williams; Karen Clemens; Kalyn LeLievre
**Subject:** RE: NH 25-10581 RICARD  - confirmation hearing

Hi Andrew,

If I file the objection to POC next week it seems unlikely that the matter will be heard and resolved by 11/21.  Maybe a December date would be better.
I will address the Plan payment with the debtors.
I will not plan to attend Friday's hearing.  Does that sound okay?

Regards,
Gerry


Gerald D. Neiman, Attorney at Law, PLLC
75 Gilcreast Rd., Suite 210
Londonderry, NH  03053
603-357-3777

gneiman@neimanlaw.com


**From:** Andrew Dudley <amd@chap13.com>
**Sent:** Wednesday, October 22, 2025 11:42 AM
**To:** Gerry Neiman <gneiman@neimanlaw.com>; Jean Ann Williams <jawill@chap13.com>; Karen Clemens <karen@chap13.com>; Kalyn LeLievre <Kalyn@chap13.com>
**Subject:** NH 25-10581 RICARD - confirmation hearing

Gerry:

I've no objection to continuing the hearing for you to work on resolving the objection.    Continue to the 11/21 date or will you need more time?
FYI – the debtors are now $861 delinquent (1 month, although the payment just came due 10/20).

Can you help me out a bit?  When emailing us about an NH case, could you please put "NH" in the subject line like above?  It will make it easier for me and staff to sort now overflowing inboxes.   Thanks!

AD

Andrew M. Dudley
Chapter 13 Trustee, Districts of Maine & New Hampshire
PO Box 429
Brunswick ME  04011
Telephone:  (207) 725-1300
Fax:  (207) 725-0013

**CONFIDENTIALITY NOTICE**: This e-mail is intended only for the use of the individual or entity to which it is addressed.  It may contain information that is confidential, attorney-client privileged, attorney work product, or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information contained herein is strictly prohibited. If you have received this message in error, please immediately notify the sender and immediately delete the original and all copies of the message, including any copies contained in any deleted items folder.

**From:** Gerry Neiman <gneiman@neimanlaw.com>
**Sent:** Wednesday, October 22, 2025 10:32 AM
**To:** Andrew Dudley <amd@chap13.com>; Jean Ann Williams <jawill@chap13.com>; Karen Clemens <karen@chap13.com>; Kalyn LeLievre <Kalyn@chap13.com>
**Subject:** Duane & Jennifer Ricard #25-10581-KB - confirmation hearing

Hello Trustee Dudley,

There is a hearing scheduled for Friday, October 24th to consider the debtors' Plan for confirmation.  An objection to confirmation has been filed in the case by Monadnock Excavating.  I do not believe the case is ready for confirmation at this time.   I believe the best course of action on the objection to confirmation will be for the debtors to file an objection to the Proof of Claim filed by Monadnock Excavating and seek to resolve the issues in that manner.  I expect to be able to file the objection to the POC in the next week to ten days.
In light of the foregoing, how would you like to proceed for Friday's hearing?

Regards,
Gerry Neiman

Gerald D. Neiman, Attorney at Law, PLLC
75 Gilcreast Rd., Suite 210
Londonderry, NH  03053
603-357-3777

gneiman@neimanlaw.com