# Gerry Neiman

| | |
|---|---|
| **From:** | Gerry Neiman |
| **Sent:** | Wednesday, October 22, 2025 2:34 PM |
| **To:** | 'Alice C. Ranson, Esq.'; 'Jason A. Bielagus, Esq.' |
| **Subject:** | Ricard, Duane & Jennifer - Bankruptcy #25-10581-KB |

Attorney(s) Bielagus and Ranson,

Good afternoon. I have communicated with the Chapter 13 Trustee, Andrew Dudley, regarding Friday's hearing on confirmation of the Ricard chapter 13 Plan. We are agreed the Plan is not ready for confirmation at this time. Therefore, Trustee Dudley plans to continue the hearing to December 19, 2025 at 9:00 a.m. As always, do not hesitate to contact me to discuss.

Best regards,
Gerry Neiman


Gerald D. Neiman, Attorney at Law, PLLC
75 Gilcreast Rd., Suite 210
Londonderry, NH  03053
603-357-3777

gneiman@neimanlaw.com