# Gerry Neiman

**From:** Gerry Neiman
**Sent:** Tuesday, October 21, 2025 4:26 PM
**To:** 'Duane Ricard'; jenniferricard1974@gmail.com
**Cc:** Admin - Neiman Law
**Subject:** RE: Ricard - ch13

Hi Duane and Jennifer,

There has been an objection filed by Monadnock Excavating to our Plan. The Plan will not be confirmed on Friday. The hearing is likely to be continued to a future date.
There is no need for you to appear, though were you to 'appear' it would have to be via video as the Court is not allowing in-person appearances this month while they do renovations.
Regarding Mon. Excavating, we will have to file an objection to their Proof of Claim to resolve the issue. I will be filing that in the coming days.

Regards,
Gerry Neiman


Gerald D. Neiman, Attorney at Law, PLLC
75 Gilcreast Rd., Suite 210
Londonderry, NH  03053
603-357-3777

gneiman@neimanlaw.com



**From:** Duane Ricard <duane.ricard@keene.edu>
**Sent:** Tuesday, October 21, 2025 7:53 AM
**To:** Gerry Neiman <gneiman@neimanlaw.com>; jenniferricard1974@gmail.com
**Cc:** Admin - Neiman Law <linda@neimanlaw.com>
**Subject:** RE: Ricard - ch13

Good Morning
   I have been trying to confirm if we need to be in court on Friday. I do have another appointment that I will need to cancel if we do. Can you please confirm ??

Duane

**From:** gneiman@neimanlaw.com <gneiman@neimanlaw.com>
**Sent:** Wednesday, September 3, 2025 12:30 PM
**To:** Duane Ricard <duane.ricard@keene.edu>; jenniferricard1974@gmail.com
**Cc:** linda@neimanlaw.com
**Subject:** Ricard - ch13

| You don't often get email from gneiman@neimanlaw.com. Learn why this is important

1

> **CAUTION:** This email originated from outside of the University System. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi,

Regarding payment to Brian Burke of $1,312.00 in July 2025, that was for carpentry work. Correct? And in what town does Brian reside?

-Gerry

Gerald D. Neiman, Attorney at Law, PLLC
310 Marlboro St., Suite 201
Keene, NH 03431
**(603) 357-3777**

Gerald D. Neiman, Attorney at Law, PLLC
75 Gilcreast Rd., Suite. 210
Londonderry, NH 03053
(490)490-8505

CONFIDENTIAL: This email and any and all attachements are intended to be confidential and privileded information and intended solely for the individual or entities to which this is addressed. If you are not the addressee of this message, nor the intended addressee, nor the person responsible for the delivery of this email to the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender by using the 'reply' feature and promptly destroy or delete the email and any and all attachments.