**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:  Case No. 25-10581-KB
Chapter 13

Duane A. Ricard and Jennifer E. Ricard,

    Debtor.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

The Court issued an Order to Show Cause on October 24, 2025 (ECF No. 23) (the "**Order**") because Gerald D. Neiman, counsel to the Debtors ("**Counsel**"), failed to appear at a confirmation hearing in this case scheduled that day. Counsel timely responded to the Order, explaining the reasons for his failure to appear. Accordingly, the Court orders that:

1. The Order is discharged; and

2. The December 19, 2025 hearing on the Order is cancelled. All other hearings in this cased scheduled for December 19, 2025 are unaffected by this order.

Date:  December 15, 2025      /s/ Kimberly Bacher
    Kimberly Bacher
    Chief Bankruptcy Judge