**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:
**Duane A. Ricard**                                              **Bk. No. 25-10581-KB**
**Jennifer E. Ricard**                                           **Chapter 13**
           **Debtors**

## DEBTORS' NOTICE OF WITHDRAWAL OF CHAPTER 13 PLAN

NOW COME the Debtors, Duane and Jennifer Ricard, by and through their attorney, Gerald D. Neiman, Attorney at Law, PLLC, and hereby withdraw the debtors' Chapter 13 Plan dated September 3, 2025, (doc. #11) previously filed with the Court.   The hearing on confirmation of this Plan scheduled for December 19, 2025 may be cancelled.

Respectfully submitted,

Dated: December 18, 2025          By:   /s/ Gerald D. Neiman, Esq.
                                        BNH 03902
                                        Gerald D. Neiman, Attorney at Law, PLLC
                                        75 Gilcreast Rd., Suite. 210
                                        Londonderry, NH   03053
                                        (802) 365-1014

## CERTIFICATE OF SERVICE

I, Gerald D. Neiman, Esq., do hereby certify that a true and correct copy of the within Notice of Withdrawal of Document 11, Debtors' Chapter 13 Plan has been electronically forwarded this day to Andrew Dudley, Trustee, the Office of the U. S. Trustee; and to all Counsel of Record and other interested parties scheduled to receive electronic notice.

Date: December 18, 2025                     /s/ Gerald D. Neiman
                                            Gerald D. Neiman, Esq.