UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
**Duane A. Ricard**                                              Bk. No. 25-10581-KB
**Jennifer E. Ricard**                                           Chapter 13
**Debtors**

### ORDER SUSTAINING OBJECTION TO CLAIM #23 OF KAPITUS SERVICING, INC.

Upon consideration of the Debtors' Objection to claim of Kapitus Servicing, Inc., claim number 23, good cause appearing, it is therefore

ORDERED as follows:

1. The objection is sustained;
2. Kapitus Servicing, Inc.'s proof of claim number 23 shall be disallowed as a secured claim;
3. The Kapitus Servicing, Inc. proof of claim number 23 shall be allowed as a general, non-priority unsecured claim in the amount of $61,477.84.

Dated: January 16, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge