**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                              Case No. 25-10581-KB
                                                                                         Chapter 13
Duane A. Ricard and
Jennifer E. Ricard,

        Debtors.

## <u>ORDER TO SHOW CAUSE</u>

This Court entered an Order Denying Confirmation of Debtors' Chapter 13 Plan (the "**Order**") on February 20, 2026. ECF No. 38. In the Order, the Debtors were ordered to "On or before March 27, 2026, … file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court[.]" The Court warned that failure to comply could result in dismissal of the Debtors' case. The Debtors have failed to file their Chapter 13 Plan in accordance with this Court's Order.

Accordingly, the Debtors' attorney, Gerald D. Neiman is ordered to appear in person on April 17, 2026, at 10:00 a.m. in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, and show cause why the Debtors' case should not be dismissed for failure to follow a court order.

Date:   April 7, 2026                                    /s/ Kimberly Bacher
                                                                   Kimberly Bacher
                                                                   Chief Bankruptcy Judge